# Court of Appeals
# of the State of Georgia

ATLANTA, March 04, 2014

*The Court of Appeals hereby passes the following order:*

### A14I0128. MARSHALL HARDISON v. ENTERPRISE HOLDINGS, INC., d/b/a ENTERPRISE RENT-A-CAR.

Marshall Hardison filed this timely application for interlocutory appeal from an order granting summary judgment to Enterprise Holdings, Inc. Although Hardison's suit against another defendant remains pending below, the grant of summary judgement as to one or more but fewer than all claims or parties is reviewable by direct appeal. OCGA § 9-11-56 (h); *Olympic Dev. Group, Inc. v. American Druggists' Ins. Co.,* 175 Ga. App. 425 (1) (333 SE2d 622) (1985). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree,* 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this application for appeal is ***GRANTED.***

Hardison shall have ten days from the date of this order to file a notice of appeal in the state court, provided that he has not otherwise filed a timely notice of direct appeal. The clerk of the state court is directed to include a copy of this order in the record transmitted to this court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 03/04/2014*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*